IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD COMER et al., | : | CIVIL ACTION |
|     Plaintiffs. | : | |
| | : | |
|     v. | : | NO. 09-00415 |
| | : | |
| BORO DEVELOPERS, INC., et al. | : | |
|     Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this   13th   day of May, 2010, upon consideration of the summary judgment motion of Defendants, Boro Developers, Inc. and Keating Building Group (collectively "Defendants"), filed on April 29, 2010 (Doc. 34), Plaintiffs' response (Doc. 35), and the supplemental submissions submitted by both Parties on May 7, 2010, (Docs. 36, 37), it is **HEREBY ORDERED THAT** Defendants' motion is **DENIED**.

BY THE COURT:

_____

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE