IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD COMER et al., | : | CIVIL ACTION |
|     Plaintiffs. | : | |
| | : | |
| v. | : | NO. 09-00415 |
| | : | |
| BORO DEVELOPERS, INC., et al. | : | |
|     Defendants. | : | |

## **ORDER**

AND NOW, this 3rd day of August, 2010, upon consideration of Plaintiffs' "Motion for a New Trial Pursuant to Federal Rule of Civil Procedure 59" ("Motion") (Doc. 78), and Defendant's response thereto, (Doc. 79), and for the reasons set out in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion is **DENIED**.

    BY THE COURT:

    /s/ David R. Strawbridge
    DAVID R. STRAWBRIDGE
    UNITED STATES MAGISTRATE JUDGE